# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KENDALL GARLAND,** | : | |
| Petitioner, | : | CIVIL ACTION |
| v. | : | NO. 18-5250 |
| **COMMONWEALTH OF PENNSYLVANIA,** et al., | : | |
| Respondents. | : | |

## ORDER

**AND NOW**, this _8th_ day of May, 2020, upon consideration of the Petition for Writ of Habeas Corpus (Docs. 1, 8), Respondents' Reply thereto (Doc. 11), the Report and Recommendation of United States Magistrate Judge Marylin Heffley (Doc. 17), and Petitioner's Objections to the Report and Recommendation (Doc. 18), **IT IS HEREBY ORDERED AND DECREED** as follows:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The Petition for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254 is **DENIED WITH PREJUDICE** with regard to Petitioner's claims relating to his 2002 conviction and 2014 violation of probation and **DENIED WITHOUT PREJUDICE** as to his claims relating to sex-offender registry requirements;

3. There is no basis for the issuance of a certificate of appealability; and

4. The Clerk of Court shall mark this case as **CLOSED** for statistical purposes.

BY THE COURT:

/s/ Petrese B. Tucker
_____
**Hon. Petrese B. Tucker, U.S.D.J**